JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| EDGAR BENGOA, | ) | No. CV 15-7018-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| UNKNOWN,, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: September 15, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE